UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANCISCO M. LOPEZ-ROMO,<br><br>    Plaintiff,<br><br>    v.<br><br>NICOLAS NOGUERAS-CARTAGENA,<br>et al.,<br><br>    Defendants. | Civil No. 05-1835 (JAF) |

**O R D E R**

The motion to dismiss for lack of jurisdiction, <u>Docket Document No. 4</u>, is **GRANTED**.

In the first place, there is no federal question jurisdiction in this case under any of the theories advanced by Plaintiff. In the second place, diversity jurisdiction is lacking. 28 U.S.C. § 1332 requires complete diversity. Here, Plaintiff López-Romo and Codefendant Abigail Mojica-Escobar are domiciled and reside in the State of Florida and, therefore, complete diversity is lacking. <u>Strawbridge v. Curtiss</u>, 3 Cranch 267, 7 U.S. 268 (1806).

The complaint shall be dismissed for lack of federal jurisdiction.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this **9th** day of November, 2005.

                                        S/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                        Chief U. S. District Judge